IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***

        TO: UNITED STATES MARSHAL SERVICE AND /OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        PURSUANT to the Order for Warrant for Arrest of Property In Rem issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, all the defendant properties described in the Verified Complaint for Forfeiture In Rem filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

        PROMPTLY TO make your return of the Warrant with the Court;

        DONE at Denver, Colorado, this _____ day of _____, 2011.

                                    GREGORY C. LANGHAM
                                    Clerk of the United States District Court

                                    By:_____
                                        Deputy Clerk