FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11 - CV - 00532 WJM-MEH

UNITED STATES OF AMERICA,

Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

Defendants.

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 3 2011

GREGORY C. LANGHAM
CLERK

### ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

Plaintiff has instituted the *in rem* action herein and requested issuance of process. It appears to the Court from the Verified Complaint filed herein that the Court has jurisdiction over the defendant properties, and it appears, for the reasons and causes set forth in the Verified Complaint, that there is probable cause to believe the defendant properties are subject to a decree of forfeiture, and that a Warrant for Arrest of the defendant properties should enter.

IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of Property *In Rem* for the defendant properties shall issue as prayed for and that the United States Marshall Service and/or any other duly authorized law enforcement officer is directed to arrest and seize the defendant properties as soon as practicable, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court;

THAT the United States Marshall Service and/or any other duly authorized law enforcement officer shall promptly return the Warrant to the Court; and

THAT pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant properties must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions no later than 60 days after the first day of publication on an official internet government forfeiture site, and shall serve and file their Answers to the Verified Complaint within twenty-one (21) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney Martha A. Paluch, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado.

DONE at Denver, Colorado, this 10th day of March, 2011.

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE