USM 285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>11-cv-00532-WJM-MEH  #3✓ |
|---|---|
| DEFENDANT<br>2008 HONDA ACCORD VIN JHMCP26708C017883 | TYPE OF PROCESS<br>Execute warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2008 HONDA ACCORD VIN JHMCP26708C017883
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
ATTN: Asset Forfeiture Unit
1225 17th Street, Suite 700
Denver, Colorado 80202

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

*RECEIVED 2011 MAR 15 A 32 — USMS SERVICE DISTRICT OF COLORADO*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please execute attached Warrant for Arrest of Property In Rem by seizing subject Vehicle for forfeiture.

CATS ID# 10-DEA-536161

(Farias-Chavez)

Signature of Attorney other Originator requesting service on behalf of: *Martha Paluch*  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 303 454-0100
DATE: 3/14/11

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin No.<br>13 | District to Serve No.<br>13 | Signature of Authorized USMS Deputy or Clerk<br>*Pam Elarton* | Date<br>3-15-11 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 3-16-11    Time: 10:15  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy: *Ron Kupinski*

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: transfer to judicial case 11-CV-532-WJM

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00