IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2011, a true and correct copy of the NOTICE OF ARREST AND PROCEDURES, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION was mailed, postage prepaid, in addition to certified mail, return receipt requested, to:

| | |
|---|---|
| Ramon Farias-Chavez<br>3410 South Platte River Drive #3109<br>Sheridan, CO 80110 | Cert #7010 3090 0001 3928 6931 |
| Ramon Farias-Chavez<br>Larimer County Det Center<br>2405 Midpoint Drive<br>Fort Collins, CO 80525 | Cert #7010 3090 0001 3928 6948 |

Gabriel Farias-Chavez                                  Cert #7010 3090 0001 3928 6955
Larimer County Det Center
2405 Midpoint Drive
Fort Collins, CO 80525

Gabriel Farias-Chavez                                  Cert #7010 3090 0001 3928 6962
1492 East Girard Avenue #517A
Englewood, CO 80113

Gabriel Farias-Chavez                                  Cert #7010 3090 0001 3928 6979
3410 South Platte River Drive #3109
Sheridan, CO 80110

Armando Barron-Aguirre                                 Cert #7010 3090 0001 3928 7006
865 South Decatur Street
Denver, CO 80219

Martin Guerrero-Sosa                                   Cert #7010 3090 0001 3928 7013
3168 West Arizona Avenue #A
Denver, CO 80219

Gabriel Martinez-Delgado                               Cert #7010 3090 0001 3928 7020
2592 Meadowbrook Drive
Denver, CO 80221

Jasmin Farias                                          Cert #7010 3090 0001 3928 7037
4643 Logan Street
Denver, CO 80216

Anahi Santana-Rosas                                    Cert #7010 3090 0001 3928 7044
1257 East 37th Court
Des Moines IA 50317

Harvey Steinberg, Esq.                                 Cert #7010 3090 0001 3928 7051
1600 Broadway, Ste.1200
Denver, CO 80202
*Attorney for Ramon Farias-Chavez*

                                                s/Pamela D. Thompson
                                                Office of the United States Attorney