IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

## MOTION TO VACATE STATUS CONFERENCE

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and moves to Vacate the Status Conference set for April 21, 2011, at 9:30 AM.  As grounds therefor, the United States of America states that:

    1.    In this civil forfeiture case, the Verified Complaint (Document 1) was filed on March 3, 2011.  The Warrant for Arrest was issued on March 14, 2011 (Document 5), and on March 7, 2011, by Minute Order (Document 3), a Status Conference was set for April 21, 2011, at 9:30 AM.

    2.    On March 24, 2011, the United States began publication of the forfeiture action via the official government website for forfeiture.

    3.    On April 1, 2011, the United States sent notice to the potential claimants in this case (Document 10).

4. As this is an asset forfeiture matter, anyone wishing to intervene and contest the forfeiture must first file a Claim within 35 days of actual Notice or within 60 days of the first date of publication, and file an Answer within 21 days of the filing of a Claim. 18 U.S.C. § 983 (a)(4); Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions G(5).

5. In this matter, no individual or entity has yet filed a Claim and Answer. However, the deadline for the filing of a Claim and Answer by the potential claimants and third parties noticed by publication has not yet expired.

6. In light of the above, the United States does not believe it would be an efficient use of judicial resources to hold a Status Conference prior to the deadline by which interveners could become parties. Moreover, at this time, other than the United States there are no other parties to this action, and therefore, no one to contact regarding this Motion.

WHEREFORE, having herein reported on the Status of this matter, the United States moves that the April 21, 2011 Status Conference be VACATED.

DATED this 18th day of April, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Martha A. Paluch
MARTHA A. PALUCH
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0353
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov