IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

## ORDER

        This matter having come before the Court on a Motion to Vacate Status Conference, and the Court being fully apprised, it is hereby ordered that:

        The Status Conference of April 21, 2011 is VACATED.

Dated:_____

_____
MICHAEL E. HEGARTY
U. S. MAGISTRATE JUDGE