IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 19, 2011.**

      Plaintiff's Motion to Vacate Status Conference [filed April 18, 2011; docket #11] is **granted**. The Status Conference scheduled for April 21, 2011, at 9:30 a.m. is **vacated**. The Plaintiff shall file a Status Report with the Court on or before May 31, 2011, informing the Court as to the status of the case.