# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-WJM-MEH

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

**2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, AND
2001 LEXUS IS 300 VIN JTHBD182910026136,**

       Defendants.

_____

## ENTRY OF APPEARANCE
_____

       Undersigned counsel, Harvey Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance on behalf of the Claimant, Ramon Farias-Chavez, in this matter.

       Dated this 12th day of May, 2011.

       Respectfully submitted,

       s/Harvey Steinberg
       Harvey A. Steinberg
       Attorneys for Ramon Farias-Chavez
       Springer & Steinberg, P.C.
       1600 Broadway, Suite 1200
       Denver, CO 80202
       (303)861-2800 Telephone
       (303)832-7116 Telecopier
       law@springer-and-steinberg.com

## CERTIFICATE OF SERVICE

       I hereby certify that on May 12, 2011, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha A. Paluch
Email: martha.paluch@usdoj.gov

     s/Casey Ambrose
For Harvey Steinberg
Attorneys for Ramon Farias-Chavez
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springer-and-steinberg.com