IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-WJM-MEH

**UNITED STATES OF AMERICA**

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

**VERIFIED STATEMENT IN INTEREST**

    I, Ramon Farias-Chavez, without waiving any rights I might have pursuant to the Fifth Amendment to the United States Constitution hereby advise you of my claim and interest in the property that is the subject of the government's forfeiture, in connection with this matter. I declare under penalty of perjury that the foregoing is true and correct. Executed this _2nd_ day of May, 20112.

                                                  _Ramón Farias Chavez_
                                                  Ramon Farias-Chavez

STATE OF COLORADO                   )
                                        ) ss.
COUNTY OF _Larimer_         )

The foregoing Verified Statement of Interest was acknowledged before me this _2nd_ day of May, 2011, by _Ramon Farias-Chavez_

    Witness my hand and official seal.

                                      _Candice Mauracher_
                                      Notary Public
My commission expires: _2-10-2012_

CANDICE MAURACHER
Notary Public
State of Colorado

## CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing pleading by electronically filing into the ECF system, this 12th day of May, 2011.

AUSA Martha Paluch
Email: Martha.Paluch@usdoj.gov

                s/Casey Ambrose
                Casey Ambrose
                For Ariel Z. Benjamin
                Springer & Steinberg, P.C.
                Attorneys for Ramon Farias-Chavez
                1600 Broadway, Ste 1200
                Denver, CO 80202
                (303) 861-2800 Telephone
                (303) 832-7116 Telecopier
                cambrose@springer-and-steinberg.com