IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2011.**

    The unopposed Motion to Stay Proceedings filed by Claimant Ramon Farias-Chavez [filed May 12, 2011; docket #17] is **granted**. The Plaintiff's obligation to file a Status Report on the status of proceedings in this case on or before May 31, 2011 is discharged. However, the parties are directed to file with the Court on or before May 31, 2011, and every thirty days thereafter, a Joint Status Report informing the Court of the status of the related criminal proceeding.