IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

  Defendants.

**JOINT STATUS REPORT - MAY 25, 2011**

  COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Ramon Farias-Chavez, through his counsel Mr. Ariel Z. Benjamin, and files this Joint Status Report, pursuant to the Court's May 13, 2011 Minute Order.

  1. On May 13, 2011, the Court granted Mr. Farias-Chavez's unopposed Motion to Stay Proceedings. (Doc. 19). The grounds for the motion were that Mr. Farias-Chavez is facing criminal charges in Larimer County, Colorado, which case directly implicates the facts of this civil forfeiture proceeding. (Doc. 17 at 2).

  2. Mr. Benjamin advises that a motions hearing is scheduled in Mr. Farias-Chavez's Larimer County case on July 28, 2011, and trial is currently set to begin on August 29, 2011.

3. Accordingly, the parties respectfully request that they be allowed to file their next Joint Status Report in sixty days, or by July 25, 2011.

DATED this 25th day of May, 2011.

>Respectfully submitted,
>
>JOHN F. WALSH
>United States Attorney
>
>By: s/ Martha A. Paluch
>MARTHA A. PALUCH
>Assistant United States Attorney
>United States Attorney's Office
>1225 17th Street, Suite 700
>Denver, Colorado 80202
>Telephone: (303) 454-0100
>Fax: (303) 454-0402
>E-mail: Martha.Paluch@usdoj.gov
>Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2011, I electronically filed the foregoing JOINT STATUS REPORT - MAY 25, 2011 with the Clerk of Court using the ECF system which will send notice to the following participants:

Harvey A. Steinberg, Esq.
Ariel Z. Benjamin, Esq.
*Counsel for Ramon Farias-Chavez*

>s/ Raisa Pitman
>FSA Data Analyst
>Office of the U.S. Attorney