IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 25, 2011.**

In light of the Joint Status Report filed by the parties on May 25, 2011 [docket #20], the parties are directed to file a Second Joint Status Report with the Court on or before August 1, 2011, informing the Court as to the status of the case.