IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00532-WJM-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

## JOINT STATUS REPORT – JULY 29, 2011

    COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Ramon Farias-Chavez, through his counsel Mr. Ariel Z. Benjamin, and files this Joint Status Report, pursuant to the Court's May 25, 2011 Minute Order.

    1.    Since the filing of the May 25, 2011 Joint Status Report (Doc. 20), the following events have occurred:

    2.    Mr. Benjamin advises that the motions hearing previously scheduled in Mr. Farias-Chavez's Larimer County case for July 28, 2011, was continued and a scheduling conference occurred on that date.  Mr. Farias-Chavez's motions hearing is now scheduled to occur on October 20, 2011, and his trial date has been rescheduled to January 2, 2012.

1

3.  Accordingly, the parties respectfully request that they be allowed to file their next Joint Status Report in ninety days, or by October 29, 2011.

DATED this 29th day of July, 2011.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

By:  *s/ Martha A. Paluch*
      MARTHA A. PALUCH
      Assistant United States Attorney
      1225 17th Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0402
      E-mail: Martha.paluch@usdoj.gov
      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2011, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participants:

Harvey A. Steinberg, Esq.
Ariel Z. Benjamin, Esq.
*Counsel for Ramon Farias-Chavez*

                *s/ Raisa V. Pitman*
                FSA Data Analyst
                Office of the U.S. Attorney