IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.
_____

**JOINT STATUS REPORT – OCTOBER 12, 2011**
_____

        COMES NOW the United States of America by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Ramon Farias-Chavez by and through Harvey A. Steinberg, Esq., and Ariel Z. Benjamin, Esq., and pursuant to this Court's Order Directing Joint Status Report (Doc. 25), state the following:

**A.  Identification of All Counsel**

| | |
|---|---|
| Plaintiff United States: | Martha A. Paluch |
| | Assistant United States Attorney |
| | 1225 17th Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | martha.paluch@usdoj.gov |
| Claimant Ramon Farias-Chavez: | Harvey A. Steinberg, Esq. |
| | Ariel Z. Benjamin, Esq. |
| | Springer & Steinberg, P.C. |
| | 1600 Broadway, Suite 1200 |
| | Denver, Colorado 80202 |
| | (303) 861-2800 |
| | law@springer-and-steinberg.com |

1

**B.     Nature of the Case**

1. This is a civil forfeiture case in which the United States seeks forfeiture of the defendant property as proceeds of drug trafficking pursuant to 21 U.S.C. § 881. Claimant Ramon Farias-Chavez, through his attorney, Ariel Z. Benjamin, filed a Verified Statement of Interest as to defendant property. (Doc. 16). Gabriel Farias-Chavez did not file a claim as to any of the defendant property. Prior to filing an Answer in this matter, Claimant Farias-Chavez filed a Motion to Stay Proceedings due to his ongoing state criminal case. (Doc. 17). It is presumed Claimant will deny the United States' allegations and seek return of the defendant property.

2. The United States asserts that the defendant property was seized from Ramon Farias-Chavez and Gabriel Farias-Chavez on July 27, 2010, after an investigation of the drug trafficking activities and the arrest of Ramon and Gabriel.

3. The basis for federal jurisdiction is not contested.

**C.     Proceedings to Date**

1. There have been no substantive rulings in this matter, as the case has been stayed pending claimant's state criminal case in Larimer County District Court. (Doc. 19). The parties note that the Larimer County District Court criminal case is set for a motions hearing on October 20, 2011, and trial beginning January 2, 2012.

2. There are no pending motions in this matter.

**D.     Final Trial Preparation Conference and Trial**

1. As the case has been stayed pending claimant's state criminal case in Larimer County District Court, no Final Trial Preparation Conference has taken place.

2. For this same reason, no trial date has been set.

**E.     Settlement**

To date, there have been no settlement discussions in this matter. Given the strength of the government's case, it believes settlement is unlikely.

**F.     Other Matters**

Claimant's counsel intends to file a Motion to Lift the Stay currently in place once Claimant's Larimer County case is resolved.   At this time, there are no issues or disputes in this case that the parties believe should be brought to the Court's attention.

DATED this 12th day of October, 2011.

                         Respectfully submitted,

                         JOHN F. WALSH
                         United States Attorney

By:  s/ *Martha A. Paluch*
      Martha A. Paluch
      Assistant United States Attorney
      1225 Seventeenth Street, Ste. 700
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0402
      E-mail: martha.paluch@usdoj.gov
      *Attorney for Plaintiff*


By:  s/ *Harvey A. Steinberg*
      Harvey A. Steinberg, Esq.
      Springer & Steinberg, P.C.
      600 Broadway, Suite 1200
      Denver, Colorado 80202
      Telephone: (303) 861-2800
      Fax: (303) 832-7116
      E-mail: law@springer-and-steinberg.com
      *Attorney for Claimant Ramon Farias-Chavez*

By: s/ *Ariel Z. Benjamin*
Ariel Z. Benjamin, Esq.
Springer & Steinberg, P.C.
600 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 861-2800
Fax: (303) 832-7116
E-mail: law@springer-and-steinberg.com
*Attorney for Claimant Ramon Farias-Chavez*

4