IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

      Defendants.
_____

### SECOND NOTICE OF ARREST AND PROCEDURE
_____

THE UNITED STATES OF AMERICA, by and through John F. Walsh, United States Attorney for the District of Colorado, and Assistant United States Attorney Martha A. Paluch, states:

THAT on March 3, 2011, the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for the forfeiture of the defendant property. (Doc. 1).

THAT the United States Marshals Service executed a Warrant of Arrest of Property *In Rem* against the defendant property on March 16, 2011. (Docs. 6-8).

THAT, the United States discovered that additional addresses may exist for parties to this civil proceeding and that these parties must be properly noticed.

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil

1

Procedure. Any persons claiming or asserting an interest in the above-described personal property must file their Claims pursuant to Supplemental Rule G(5) with the Clerk of the United States District Court, at Denver, Colorado, within thirty-five (35) days after the date of this notice, or by November 28, 2011. Their Answers to the Complaint must be filed within twenty-one (21) days after filing their Claim. Copies of these documents must be provided to the undersigned Assistant United States Attorney. Unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Fed.R.Civ.P Rule 55 will be noted and forfeiture will be sought of the interest in the defendant personal property.

DATED this 24th day of October, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*