IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

    Defendants.

_____

### CERTIFICATE OF SERVICE
_____

I hereby certify that on this 24th day of October 2011, true and correct copies of the SECOND NOTICE OF ARREST AND PROCEDURE, VERIFIED COMPLAINT FOR FORFEITURE *IN REM*, ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*, WARRANT FOR ARREST OF PROPERTY *IN REM*, and INSTRUCTIONS REGARDING NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION were mailed, postage prepaid, in addition to certified mail, return receipt requested, to:

| | |
|---|---|
| Jasmin Farias<br>4643 Logan Street<br>Denver, CO 80216 | Cert # 7010 3090 0001 3928 6313 |
| Jasmin Farias<br>12515 E. Kansas Pl., 104E<br>Aurora, CO 80012 | Cert # 7010 3090 0001 3928 6344 |
| Anahi Santana-Rosas<br>1257 East 37th Court<br>Des Moines, IA 50317 | Cert # 7010 3090 0001 3928 6337 |

1

| | |
|---|---|
| Anahi Santana-Rosas<br>204 W. Lincoln Avenue<br>Fresno, CA 93706 | Cert # 7010 3090 0001 3928 6320<br><br>s/ *Raisa V. Pitman*<br>FSA Data Analyst<br>Office of the U.S. Attorney |