IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

  Defendants.

**JOINT STATUS REPORT – OCTOBER 31, 2011**

  COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Ramon Farias-Chavez, through his counsel Mr. Harvey A. Steinberg and Mr. Ariel Z. Benjamin, and files this Joint Status Report, pursuant to the Court's July 29, 2011 Minute Order. (Doc. 23).

  Since the filing of the parties' July 29, 2011 Joint Status Report (Doc. 22), the following events have occurred:

  1. On September 26, 2011, this case was reassigned to United States District Court Judge Brooke Jackson. (Doc. 24).

  2. The Honorable Judge Jackson ordered the parties to file a Joint Status Report, which the parties filed on October 12, 2011. (Doc. 26).

  3. The United States recently learned of possible alternative addresses for registered owners listed on the titles of two of the vehicles seized from Ramon Farias-

1

Chavez and Gabriel Farias-Chavez in this case. Accordingly, on October 24, 2011, the United States filed a Second Notice of Arrest and Procedure (Doc. 27), and Certificate of Service (Doc. 28), certifying that it mailed copies of the complaint filed in this case and related documents to these registered owners at the newly discovered addresses.

4. Currently, the only claimant in this case is Ramon Farias-Chavez. Farias-Chavez's counsel, Harvey A. Steinberg and Ariel Z. Benjamin, have confirmed that Farias-Chavez is scheduled for trial in his Larimer County District Court case on January 3, 2012.

5. Accordingly, the parties respectfully request that they be allowed to file their next Joint Status Report in ninety days, or by January 30, 2012.

DATED this 31st day of October, 2011.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By:   s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
*Attorney for Plaintiff*

2

        By:    s/ *Harvey S. Steinberg*
                Harvey A. Steinberg, Esq.
                Springer & Steinberg, P.C.
                600 Broadway, Suite 1200
                Denver, Colorado 80202
                Telephone: (303) 861-2800
                Fax: (303) 832-7116
                E-mail: law@springersteinberg.com
                *Attorney for Claimant Ramon Farias-Chavez*

        By:    s/ *Ariel Z. Benjamin*
                Ariel Z. Benjamin, Esq.
                Springer & Steinberg, P.C.
                600 Broadway, Suite 1200
                Denver, Colorado 80202
                Telephone: (303) 861-2800
                Fax: (303) 832-7116
                E-mail: law@springersteinberg.com
                *Attorney for Claimant Ramon Farias-Chavez*