IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

       Defendants.

### JOINT STATUS REPORT – JANUARY 31, 2011

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, with the concurrence of Claimant Ramon Farias-Chavez, through his counsel Mr. Harvey A. Steinberg and Mr. Ariel Z. Benjamin, and files this Joint Status Report, pursuant to the Court's October 31, 2011 Minute Order. (Doc. 30).

Since the filing of the parties' October 31, 2011 Joint Status Report (Doc. 29), the following events have occurred:

1.    Claimant Farias-Chavez was sentenced in Larimer County District Court on January 19, 2012, to 24 years' imprisonment in the Colorado Department of Corrections on his guilty pleas to Cocca racketeering and distribution of controlled substances.

1

2. Claimant's counsel anticipates filing a motion to lift the stay currently in place in this case by Thursday, February 2, 2012.

DATED this 31st day of January, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0402
E-mail: Martha.Paluch@usdoj.gov
*Attorney for Plaintiff*

By: s/ *Harvey S. Steinberg*
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
600 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 861-2800
Fax: (303) 832-7116
E-mail: law@springersteinberg.com
*Attorney for Claimant Ramon Farias-Chavez*

By: s/ *Ariel Z. Benjamin*
Ariel Z. Benjamin, Esq.
Springer & Steinberg, P.C.
600 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 861-2800
Fax: (303) 832-7116
E-mail: abenjamin@springersteinberg.com
*Attorney for Claimant Ramon Farias-Chavez*