**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00532-RBJ-MEH

**UNITED STATES OF AMERICA**

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

**UNOPPOSED MOTION TO LIFT STAY**

Claimant, Ramon Farias-Chavez (hereto after "Claimant"), by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer & Steinberg, P.C., respectfully moves this Court to enter and Order lifting the stay previously ordered in the above captioned matter.

**AS GROUNDS THEREFOR**, states as follows:

1. On May 13, 2011, this Court granted a stay of these proceedings pursuant to 18 USC § 981 (g) (2) (Doc. 19).

2. The claimant's criminal cases in Larimer County are now complete and as a result, the Claimant is unaware of any reason this case should not now continue.

3. For the above stated reasons the Claimant respectfully requests that this Court lift the stay previously ordered in this case.

4. Undersigned counsel has been authorized to represent that the government does not oppose lifting the stay in this case.

˘1˘

˘2˘

**WHEREFORE**, the Claimant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 3rd day of February, 2012.

>Respectfully submitted,
>s/Ariel Z. Benjamin
>Ariel Z. Benjamin
>Springer & Steinberg, P.C.
>Attorneys for Ramon Farias-Chavez
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800 Telephone
>(303)832-7116 Telecopier
>law@springersteinberg.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Paluch
Email: Martha.Paluch@usdoj.gov

>s/Casey Ambrose
>Casey Ambrose
>for Ariel Z. Benjamin
>Springer and Steinberg, P.C.
>Attorneys for Ramon Farias-Chavez
>1600 Broadway, Suite 1200
>Denver, CO 80202
>(303)861-2800 Telephone
>(303)832-7116 Telecopier
>law@springersteinberg.com