IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

    Defendants.
_____

## NOTICE OF PUBLICATION
_____

    I hereby certify that a Notice of Forfeiture Action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment I- Notice of Forfeiture Action and Advertisement Certification Report.

    DATED this 9th day of February, 2012.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By: s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: martha.paluch@usdoj.gov
    *Attorney for Plaintiff*