Attachment 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# COURT CASE NUMBER: 11-CV-00532-WJM-MEH; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

> 2004 GMC Denali Yukon VIN# 1GKEK63U94J252626 (10-DEA-536042) which was seized from Ramon Farias-Chavez and Gabriel Farias-Chavez on July 27, 2010 at Parking Lot, 3410 South Platte River Drive, located in Sheridan, CO

> 2008 Honda Accord VIN# JHMCP26708C017883 (10-DEA-536161) which was seized from Gabriel Farias-Chavez on July 27, 2010 at Parking Lot, 3410 South Platte River Drive, located in Sheridan, CO

> 2001 Lexus IS 300 VIN# JTHBD182910026136 (10-DEA-536183) which was seized from Gabriel Farias-Chavez on July 27, 2010 at Target Parking Lot, 14431 Orchard Parkway, located in Westminster, CO

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (March 24, 2011) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter.  18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 901 19th Street, Denver, CO  80294, and copies of each served upon Assistant United States Attorney Marty Paluch, 1225 17th Street, Ste 700, Denver, CO  80202, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 24, 2011 and April 22, 2011.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. 2004 GMC Yukon Denali et al

**Court Case No:** 11-CV-00532-WJM-MEH
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/24/2011 | 24.0 | Verified |
| 2 | 03/25/2011 | 24.0 | Verified |
| 3 | 03/26/2011 | 24.0 | Verified |
| 4 | 03/27/2011 | 24.0 | Verified |
| 5 | 03/28/2011 | 24.0 | Verified |
| 6 | 03/29/2011 | 24.0 | Verified |
| 7 | 03/30/2011 | 24.0 | Verified |
| 8 | 03/31/2011 | 24.0 | Verified |
| 9 | 04/01/2011 | 24.0 | Verified |
| 10 | 04/02/2011 | 24.0 | Verified |
| 11 | 04/03/2011 | 24.0 | Verified |
| 12 | 04/04/2011 | 24.0 | Verified |
| 13 | 04/05/2011 | 24.0 | Verified |
| 14 | 04/06/2011 | 24.0 | Verified |
| 15 | 04/07/2011 | 24.0 | Verified |
| 16 | 04/08/2011 | 24.0 | Verified |
| 17 | 04/09/2011 | 24.0 | Verified |
| 18 | 04/10/2011 | 24.0 | Verified |
| 19 | 04/11/2011 | 24.0 | Verified |
| 20 | 04/12/2011 | 24.0 | Verified |
| 21 | 04/13/2011 | 24.0 | Verified |
| 22 | 04/14/2011 | 24.0 | Verified |
| 23 | 04/15/2011 | 24.0 | Verified |
| 24 | 04/16/2011 | 24.0 | Verified |
| 25 | 04/17/2011 | 24.0 | Verified |
| 26 | 04/18/2011 | 24.0 | Verified |
| 27 | 04/19/2011 | 24.0 | Verified |
| 28 | 04/20/2011 | 24.0 | Verified |
| 29 | 04/21/2011 | 24.0 | Verified |
| 30 | 04/22/2011 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.