**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00532-RBJ-MEH

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

       Defendants.

---

**ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM* AND
AFFIRMATIVE DEFENSES**

---

Claimant, Ramon Farias-Chavez (hereto after "Claimant"), by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer & Steinberg, P.C., respectfully submits this Answer to the government's Verified Complaint for Forfeiture *In Rem* in the above-captioned case, and states as follows:

<u>JURISDICTION AND VENUE</u>

1.    Claimant admits the allegations contained in paragraph one of the Complaint insofar as they allege jurisdiction to be proper but otherwise deny the same.

2.    Claimant admits the allegations contained in paragraph two of the Complaint insofar as they allege venue to be proper but otherwise deny the same.

## DEFENDANT PROPERTY

3.      Claimant admits the allegations contained in paragraph three of the Complaint, insofar that the listed property is the subject property of this action.

## FACTUAL BASIS FOR FORFEITURE

4.      Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph four of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

5.      Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph five of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

6.      Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph six of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

7.      Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph seven of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

8.      Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph eight of the Complaint as they relate to the actions of others

and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

9.      Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph nine of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

10.     Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph ten of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

11.     Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph eleven of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

12.     Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twelve of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

13.     Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph thirteen and therefore denies the same.

14.     Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph fourteen of the Complaint as they relate to the actions of

others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

15.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph fifteen of the Complaint and therefore denies the same.

16.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph sixteen of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

17.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph seventeen of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

18.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph eighteen of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

19.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph nineteen of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

20.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty of the Complaint as they relate to the actions of others

and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

21.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-one of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

22.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-two of the Complaint and therefore denies the same.

23.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-three of the Complaint and therefore denies the same.

24.    Claimant admits the allegations contained in paragraph twenty-four of the Complaint insofar as it accurately reflects the charges he faced in Larimer County Colorado District Court Case number 10CR1065, but otherwise denies the same and further notes that that matter was disposed of by negotiated plea.

25.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-five of the Complaint and therefore denies the same.

26.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-six of the Complaint and therefore denies the same.

27.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-seven of the Complaint and therefore denies the same.

28.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-eight of the Complaint and therefore denies the same.

29.    Claimant has insufficient information at this time to admit or deny the allegations contained in paragraph twenty-nine of the Complaint as they relate to the actions of others and therefore, denies the same. Claimant further denies the allegations related to actions attributed to him.

## FIRST CLAIM FOR RELIEF

30.    Claimant repeats and incorporates by reference the paragraphs above.

31.    Claimant denies the allegations contained in paragraph thrity-one of the Complaint.

## SECOND CLAIM FOR RELIEF

32.    Claimant repeats and incorporates by reference the paragraphs above.

33.    Claimant denies the allegations contained in paragraph thirty-three of the Complaint.

## THIRD CLAIM FOR RELIEF

34.    Claimant repeats and incorporates by reference the paragraphs above.

35.    Claimant denies the allegations contained in paragraph thirty-five of the Complaint.

## FOURTH CLAIM FOR RELIEF

36.    Claimant repeats and incorporates by reference the paragraphs above.

37.    Claimant denies the allegations contained in paragraph thirty-seven of the Complaint.

## FIFTH CLAIM FOR RELIEF

38.    Claimant repeats and incorporates by reference the paragraphs above.

39.    Claimant denies the allegations contained in paragraph thirty-nine of the Complaint.

## GENERAL DENIAL

40.    Any and all allegations not explicitly admitted are hereby denied.

## FIRST DEFENSE

41.     Claimant is an innocent owner of the *res* seized and the acts or omissions alleged in the Complaint were committed without his knowledge.

## SECOND DEFENSE

42.     Claimant is an innocent owner of the *res* seized as that term is defined in 18 U.S.C. § 983(d) in that he did not know of the conduct giving rise to forfeiture.

## THIRD DEFENSE

43.     The arrest and investigation of the *res* seized violated Claimant's Fourth Amendment rights under the United States Constitution because the search and seizure was not based upon probable cause.

## FOURTH DEFENSE

44.     The forfeiture statute in this case and the implementing code of federal regulations are void and unenforceable and violative of the Due Process Clause of the Fifth Amendment to the United States Constitution, for the following reasons:

   a.   The forfeiture statutes provide for the restraint of property without due process because it provides for a seizure without prior notice, hearing or authorization by a judicial officer;

   b.   The forfeiture statutes provide for the forfeiture of property from parties who are completely innocent of any criminal wrongdoing. These sections penalize ownership of the Defendant property regardless of the existence or nonexistence of any criminal intent.

<u>FIFTH DEFENSE</u>

45.     Forfeiture of the *res* seized would violate Claimant's Eighth Amendment rights under

the United States Constitution.

<u>SIXTH DEFENSE</u>

46.     Forfeiture of the *res* seized would violate Claimant's rights pursuant to 18 U.S.C. §

983(g).

<u>JURY DEMAND</u>

31.     PLAINTIFF REQUESTS A TRIAL TO A JURY.

**WHEREFORE**, Claimant requests that this Court enter an order denying relief requested by

Plaintiff, entering judgment in favor of Claimant, ordering the return of the Defendant property to

Claimant and granting such further relief as this Court deems appropriate.

Dated this 8th day of March, 2012.

> Respectfully submitted,
> s/Ariel Z. Benjamin
> Ariel Z. Benjamin
> Springer & Steinberg, P.C.
> Attorneys for Ramon Farias-Chavez
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> law@springersteinberg.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of March, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA Martha Paluch**
Email: Martha.Paluch@usdoj.gov

s/Casey Ambrose
Casey Abrose
for Ariel Z. Benjamin
Springer and Steinberg, P.C.
Attorneys for Ramon Farias-Chavez
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com
