## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

**UNITED STATES OF AMERICA**

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

---

### UNOPPOSED MOTION TO CONTINUE DEADLINES AND SETTINGS

---

Claimant, Ramon Farias-Chavez (hereto after "Claimant"), by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer & Steinberg, P.C., respectfully moves this Court to enter an Order extending the deadline currently set for the submission of a proposed scheduling order in the above captioned matter, to vacate the scheduling conference currently set for March 16, 2012 and to reset the scheduling conference to a later date.

**AS GROUNDS THEREFOR**, states as follows:

1.    On February 16, 2012, the parties appeared for a status conference in the above captioned case. At that time, the Government provided undersigned counsel a copy of DMV records which indicated that the Claimant may not have a valid claim to the at issue *res*. Undersigned counsel indicated to the Court that it may not be necessary to proceed with this case, but that further consultation with the Claimant, currently incarcerated, would be necessary.

2.     A proposed date of March 8, 2012 to either submit a motion to withdraw the claim or to answer the complaint was accepted by the parties and ordered by the Court.

3.     Undersigned counsel prepared a letter to the Claimant, and a response form and had them translated into the Spanish language. These documents in English and in Spanish, along with a copy of the provided DMV records and a return postage-pre-paid mailer, were sent to the Claimant.

4.     It appears three weeks was insufficient to accomplish the necessary conference as undersigned counsel has not yet received a response from the Claimant. Having received no response, undersigned counsel acted on the last known intention of the Claimant and filed the answer in this case. Undersigned counsel has attempted to confer with the Claimant's case worker to confirm that the Claimant has received the documents and that he understands the urgency of his response, and is currently awaiting response. AUSA Martha Paluch has indicated that, should the prison case worker not be assistive, AUSA Paluch will attempt to assist undersigned counsel in making contact with the Claimant.

5.     Assuming the claimant responds and indicates that he no longer wishes to proceed with this claim, undersigned counsel will immediately file a motion to withdraw the claim.

6.     Undersigned counsel discussed the above details with AUSA Paluch and has been authorized to represent that both parties believe it would be prudent at this juncture to extend the deadline to submit a proposed scheduling order, to vacate

the currently docketed scheduling conference and to reset the matter to a later date

to provide additional time for undersigned counsel to confer with the Claimant.

**WHEREFORE**, the Claimant prays for the relief requested, and for such other and

further relief as to the Court seems just and proper in the premises.

Dated this 9th day of March, 2012.

Respectfully submitted,
s/Ariel Z. Benjamin
Ariel Z. Benjamin
Springer & Steinberg, P.C.
Attorneys for Ramon Farias-Chavez
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2012, I electronically filed the foregoing
pleading with the Clerk of the Court using the CM/ECF system which will send notification of
such filing to the following e-mail addresses:

AUSA Martha Paluch
Email: Martha.Paluch@usdoj.gov

s/Casey Ambrose
Casey Ambrose
for Ariel Z. Benjamin
Springer and Steinberg, P.C.
Attorneys for Ramon Farias-Chavez
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com