**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00532-RBJ-MEH

**UNITED STATES OF AMERICA**

       Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

       Defendants.

**UNOPPOSED MOTION TO WITHDRAW ALL CLAIMS BY CLAIMANT AND TO VACATE THE SCHEDULING CONFERENCE CURRENTLY SET**

Claimant, Ramon Farias-Chavez (hereto after "Claimant"), by and through his attorney, Ariel Z. Benjamin, of the law firm of Springer & Steinberg, P.C., respectfully withdraws his claim to the above referenced property and moves this Court to vacate the scheduling conference currently set in this matter.

**AS GROUNDS THEREFOR**, states as follows:

1. The claimant has reassessed his interest in the above referenced properties and no longer wishes to pursue a claim for their return. As such, the Claimant no longer opposes the forfeiture of the above referenced properties and withdraws all claims previously made to the property.

2. Because the Claimant has withdrawn his claims, the Claimant believes the scheduling conference currently set in this matter is no longer necessary and should therefore be vacated.

˘1˘

3. Undersigned counsel discussed the above details with AUSA Paluch and has been authorized to represent the Government does not oppose the relief requested in this motion.

**WHEREFORE**, the Claimant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 19th day of March, 2012.

    Respectfully submitted,
    s/Ariel Z. Benjamin
    Ariel Z. Benjamin
    Springer & Steinberg, P.C.
    Attorneys for Ramon Farias-Chavez
    1600 Broadway, Suite 1200
    Denver, CO 80202
    (303)861-2800 Telephone
    (303)832-7116 Telecopier
    law@springersteinberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2012, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

AUSA Martha Paluch
Email: Martha.Paluch@usdoj.gov

    s/Casey Ambrose
    Casey Ambrose
    for Ariel Z. Benjamin
    Springer and Steinberg, P.C.
    Attorneys for Ramon Farias-Chavez
    1600 Broadway, Suite 1200
    Denver, CO 80202
    (303)861-2800 Telephone
    (303)832-7116 Telecopier
    law@springersteinberg.com