IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

       Defendants.

_____

**MOTION FOR CLERK'S ENTRY OF DEFAULT**
_____

       COMES NOW the United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55, moves for entry of default.  In support, Plaintiff states:

       1.    Notice of this action was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 24, 2011, as evidenced by the Notice of Publication filed February 9, 2012.  (Doc. 35).

       2.    Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested as evidenced by the plaintiff's Certificates of Service filed with the Court on April 1, 2011 and October 24, 2011.  (Docs. 10 and 28).

       3.    Ramon Farias-Chavez was the only party to have filed a claim in this civil forfeiture case.  On March 19, 2012, Ramon Farias-Chavez, through counsel Ariel Z. Benjamin, of the law firm Springer and Steinberg, P.C. submitted a motion to the Court

1

requesting to withdraw his claim. (Doc. 42). The motion was granted on March 22, 2012 leaving no existing claimants in this case. (Doc. 44).

WHEREFORE, the United States requests that pursuant to Fed.R.Civ.P. 55(a) the Clerk enter default.

Dated this 23rd day of March, 2012.

                Respectfully submitted,

                JOHN F. WALSH
                United States Attorney

By: s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Martha.Paluch@usdoj.gov
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participants:

Harvey A. Steinberg
Ariel Z. Benjamin
*Attorneys for Ramon Farias-Chavez*

                s/ *Raisa V. Pitman*
                FSA Data Analyst
                Office of the U.S. Attorney