IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

       Defendants.
_____

## ENTRY OF DEFAULT
_____

THIS MATTER is before the Clerk's Office on Plaintiff's Application for Clerk's Entry of Default. Upon examination of our records, we find that:

1. Service was made by publication on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning March 24, 2011, as evidenced by the Notice of Publication filed February 9, 2012 (Doc. 35);

2. Service to all known interested parties was made via first class U.S. Mail, and Certified Mail Return Receipt Requested as evidenced by the plaintiff's Certificates of Service filed with the Court on April 1, 2011 and October 24, 2011 (Docs. 10 and 28);

3. Ramon Farias-Chavez was the only party to have filed a claim in this civil forfeiture case. On March 19, 2012, Ramon Farias-Chavez, through counsel Ariel Z. Benjamin, of the law firm Springer and Steinberg, P.C. submitted a motion to the court requesting to withdraw his claim. (Doc. 42). The motion was granted on March 22,

2012 leaving no existing claimants in this case. (Doc. 44).

Therefore, DEFAULT as to the defendant property is herewith entered.

DONE at Denver, Colorado this ____ day of _____, 2012.

            GREGORY C. LANGHAM
            Clerk of the U.S. District Court


       By: _____
         Deputy Clerk