IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.
_____

## MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE
_____

        COMES NOW the United States of America (the "United States"), by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and pursuant to Fed.R.Civ.P. 55 and 21 U.S.C. § 881, moves for default and final order of forfeiture of defendant properties in favor of the United States.  In support, Plaintiff states:

        1.     On March 3, 2011, the United States filed its Verified Complaint seeking forfeiture of the defendant property pursuant to 21 U.S.C. § 881.  (Doc. 1).  All of the sworn statements in the complaint establish by a preponderance of the evidence ample probable cause for a judgment of forfeiture.

        2.     On April 1, 2011 and October 24, 2011, the United States mailed notice of this forfeiture action to all known interested parties, as evidenced by the Certificates of Service filed with the Court on April 1, 2011 and October 24, 2011.  (Docs. 10 and 28).

1

3.	Notice of this forfeiture action was further posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 24, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  This rule requires the United States to provide notice to any potential unknown parties.  *See* Notice of Publication, filed with the Court on February 9, 2012.  (Doc. 35).

4.	Ramon Farias-Chavez was the only party to have filed a claim in this civil forfeiture case.  On March 19, 2012, Ramon Farias-Chavez, through counsel Ariel Z. Benjamin, of the law firm Springer and Steinberg, P.C. submitted a motion to the Court requesting to withdraw his claim.  (Doc. 42).  The motion was granted on March 22, 2012, leaving no existing claimants in this case.  (Doc. 44).

5.	Entry of Default as to the defendant property was entered on March 26, 2012, by the Clerk of the Court.  (Doc. 46).

6.	Upon entry of the Final Order of Forfeiture, the United States requests that the Clerk of Court be directed to enter Judgment as to defendant property.

WHEREFORE, the United States prays for default and final order of forfeiture of defendant property in favor of the United States, for entry of a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, and to direct the Clerk of Court to enter Judgment for the reasons set forth above.

I verify under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of April, 2012.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

By: s/ *Martha A. Paluch*
    Martha A. Paluch
    Assistant United States Attorney
    United States Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Martha.Paluch@usdoj.gov
    *Attorney for Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that on this 5th day of April, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to the following participants:

| | |
|---|---|
| Gabriel Farias-Chavez<br>Larimer County Detention Center<br>2405 Midpoint Drive<br>Fort Collins, CO 80525 | Cert # 7010 2780 0002 3339 1073 |
| Gabriel Farias-Chavez<br>1492 East Girard Avenue, #517A<br>Englewood, CO 80113 | Cert # 7010 2780 0002 3339 1080 |
| Gabriel Farias-Chavez<br>3410 South Platte River Drive, #3109<br>Sheridan, CO 80110 | Cert # 7010 2780 0002 3339 1097 |
| Armando Barron-Aguirre<br>865 South Decatur Street<br>Denver, CO 80219 | Cert # 7010 2780 0002 3339 1103 |
| Martin Guerrero-Sosa<br>3168 West Arizona Avenue, #A<br>Denver, CO 80219 | Cert # 7010 2780 0002 3339 1110 |

3

| | |
|---|---|
| Gabriel Martinez-Delgado<br>2592 Meadowbrook Drive<br>Denver, CO 80221 | Cert # 7010 2780 0002 3339 1127 |
| Jasmin Farias<br>4643 Logan Street<br>Denver, CO 80216 | Cert # 7010 2780 0002 3339 1134 |
| Jasmin Farias<br>12515 East Kansas Place, 104E<br>Aurora, CO 80012 | Cert # 7010 2780 0002 3339 1141 |
| Anahi Santana-Rosas<br>1257 East 37th Court<br>Des Moines, IA 50317 | Cert # 7010 2780 0002 3339 1158 |
| Harvey A. Steinberg<br>Ariel Z. Benjamin<br>Springer and Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, CO 80202<br>*Attorneys for Ramon Farias-Chavez* | Cert # 7010 2780 0002 3339 1165 |

s/ *Raisa V. Pitman*
FSA Data Analyst
Office of the U.S. Attorney

4