IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

        Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant property, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, Ramon Farias-Chavez was the only party to have filed a claim in this civil forfeiture case.  On March 19, 2012, Mr. Farias-Chavez, through counsel Ariel Z. Benjamin of the law firm Springer and Steinberg, filed a motion to withdraw his

1

claim. This motion was granted on March 22, 2012, leaving no existing claimants in this case;

THAT Entry of Default was entered by the Clerk of the Court on March 26, 2012 (Doc. 46);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant property, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant property;

THAT the Clerk of Court shall be directed to enter Judgment as to the defendant property;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of the following defendant property, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881:

    a.    2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,

    b.    2008 HONDA ACCORD VIN JHMCP26708C017883,

    c.    2001 LEXUS IS 300 VIN JTHBD182910026136,

THAT the United States shall have full and legal title as to defendant property and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant property under 28 U.S.C. § 2465; and

THAT the Clerk of Court is directed to enter Judgment as to defendant property.

SO ORDERED this ____ day of _____, 2012.

BY THE COURT:

_____
R. BROOKE JACKSON
United States District Court Judge