IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00532-RBJ-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,
2008 HONDA ACCORD VIN JHMCP26708C017883, and
2001 LEXUS IS 300 VIN JTHBD182910026136,

      Defendants.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Default and Final Order of Forfeiture entered by the Honorable R. Brooke Jackson, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

1.    Forfeiture and full legal title of defendant property, is hereby entered in favor of the United States as follows:

    a.    2004 GMC YUKON DENALI VIN 1GKEK63U94J252626,

    b.    2008 HONDA ACCORD VIN JHMCP26708C017883, and

    c.    2001 LEXUS IS 300 VIN JTHBD182910026136.

2.    The United States may dispose of the above-described forfeited property in accordance with law.

Dated this ____6th____ day of _____April_____, 2012.

FOR THE COURT:

GREGORY C. LANGHAM
Clerk of the United States District Court


By:_s/ Edward P. Butler_____
    Clerk